IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ALEXANDER E. NAGORNYUK and AERICA A. NAGORNYUK,<br><br>    Plaintiffs,<br><br>v.<br><br>SUNDANCE, INC., d/b/a TACO BELL,<br><br>    Defendant. | Case No.: 4:21-cv-368<br><br>**NOTICE OF REMOVAL** |

Defendant Sundance, Inc., pursuant to 28 U.S.C. §§ 1332 and 1446, removes this action to the United States District Court for the Southern District of Iowa, Central Division. In support of removal, Defendant states the following.

## Introduction

1. On August 1, 2021, Plaintiffs initiated this action by filing an Original Notice and Petition at Law in the Iowa District Court for Marion County. That case is now pending in the Iowa District Court for Marion County captioned as Alexander E. Nagornyuk and Aerica A. Nagornyuk, Plaintiffs, v. Sundance, Inc., d/b/a Taco Bell, Defendant.

2. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings which have been filed in this action to date are attached to the Local Rule 81(a) Statement filed contemporaneously with this Notice of Removal, including the Original Notice (Exhibit A), Petition at Law (Exhibit B), and Answer (Exhibit C). There have been no further proceedings in the Iowa District Court for Marion County in this case to date.

3. Defendant was served with the Original Notice and Petition on October 26, 2021. Under 28 U.S.C. § 1446(b), this Notice of Removal is therefore timely filed within 30 days of service of the Original Notice and Petition.

4. The United States District Court for the Southern District of Iowa, Central Division, is the federal judicial district and division which embraces Marion County, Iowa. Venue therefore lies in this Court pursuant to 28 U.S.C. § 1441(a), which provides: "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5. Diversity jurisdiction is conferred upon the United States District Courts by 28 U.S.C. § 1332(a), which provides, in pertinent part: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between": (1) "citizens of different States."

6. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because (1) there is complete diversity of citizenship between Plaintiff and Defendant; and (2) the amount in controversy, exclusive of interest and costs, exceeds $75,000.

## Citizenship of the Parties

7. Plaintiffs allege they are residents of Polk County, Minnesota. Petition at ¶ 1.

8. Defendant Sundance, Inc. is a Michigan entity with its principal place of business in Brighton, Michigan, and is citizen of Michigan.

9. Accordingly, complete diversity of citizenship exists between Plaintiffs and Defendant.

## Amount in Controversy

10. Plaintiff alleges Defendant owned and operated a Taco Bell restaurant in Pella, Marion County, Iowa.

11. Plaintiff alleges that Defendant owned and operated a soda dispensing machine at the aforementioned Taco Bell restaurant.

12. Plaintiffs allege that, on or about August 15, 2019, Plaintiff Alexander E. Nagornyuk entered the Taco Bell restaurant and was struck on the head by a loose piece of the soda dispensing machine.

13. Plaintiffs allege Defendant was negligent in the care and maintenance of the soda dispensing machine.

14. Plaintiffs allege that, as a result of Defendant's actions, Plaintiff Alexander E. Nagornyuk suffered past and future medical expenses, past and future pain and suffering, past loss of wages, future loss of earning capacity, and past and future permanent injury and disability.

15. Plaintiffs allege that, as a result of Defendant's actions, Plaintiff Aerica A. Nagornyuk has been deprived of Plaintiff Alexander E. Nagornyuk's aid, services, support, affection, society and companionship.

16. Based on these allegations, if proven, a fact finder could legally conclude that the plaintiff suffered damages greater than $75,000.

17. Pursuant to 28 U.S.C. §1446(d), Defendant is giving notice of this removal to Plaintiffs by filing a notice of removal in the Iowa District Court for Marion County and serving that notice on Plaintiffs through their counsel.

WHEREFORE, Sundance, Inc. provides notice that the above-captioned matter is removed to this Court from the Iowa District Court for Marion County.

/s/ David T. Bower, AT0009246
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1600
Des Moines, Iowa 50309
Telephone: (515) 283-3112
Facsimile: (515) 283-8045
E-mail: dbower@nyemaster.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed on November 23, 2021 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record, and electronic mail:

Gregory Alan Skinner
408 SW Third Street
Ankeny, IA 50021
skinnerlaw@qwestoffice.net

**ATTORNEYS FOR PLAINTIFFS**

                                                      */s/* David T. Bower