### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| ALEXANDER E. NAGORNYUK and AERICA A. NAGORNYUK, <br><br> Plaintiffs, <br><br> v. <br><br> SUNDANCE, INC., <br><br> Defendant. | Case No.: 4:21-cv-368 <br><br> **LOCAL RULE 81(a) STATEMENT** |

Defendant, Sundance, Inc., pursuant to Local Rule 81(a), certifies:

1. The pleadings and other papers served on Defendant are listed below and are attached to the Notice of Removal:

    a. Original Notice, attached as Exhibit A;

    b. Petition, attached as Exhibit B.

    c. Answer, attached as Exhibit C.

2. There are no motions pending in the Iowa District Court for Marion County that will require resolution by this Court.

3. The following attorney has appeared on behalf of Plaintiffs in the state court action:

    Gregory A. Skinner
    Skinner Law Firm
    514 SW Irvinedale Dr.
    Ankeny, Iowa 50023

4. The following attorney has appeared on behalf of Defendant in the state court action:

> David T. Bower
> Nyemaster Goode, P.C.
> 700 Walnut, Suite 1600
> Des Moines, Iowa 50309

Dated:   November 23, 2021

Respectfully submitted,

/s/ David T. Bower, AT0009246
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1600
Des Moines, Iowa 50309
Telephone:   (515) 283-3112
Facsimile:   (515) 283-8045
E-mail:   dbower@nyemaster.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed on November 23, 2021 with the Clerk of Court using the EDMS system, which will send notification of such filing to the counsel of record, and via electronic mail:

Gregory Alan Skinner
408 SW Third Street
Ankeny, IA 50021
skinnerlaw@qwestoffice.net

**ATTORNEYS FOR PLAINTIFFS**

*/s/* David T. Bower