IN THE IOWA DISTRICT COURT IN AND FOR MARION COUNTY

| | |
|---|---|
| ALEXANDER E. NAGORNYUK and, AERICA A. NAGORNYUK<br>     Plaintiffs, | Law No. _____ |
| vs. | PETITION AT LAW |
| SUNDANCE, INC. d/b/a/ TACO BELL,<br>     Defendant. | |

COUNT I

For cause of action against the Defendant, Sundance Inc. d/b/a Taco Bell, the Plaintiff, Alexander E. Nagornyuk, states:

1. The Plaintiffs are residents of Polk County, Minnesota.

2. The Defendant, Sundance Inc., d/b/a Taco Bell, (hereinafter referred to as Taco Bell), is a corporation organized and existing under the laws of the State of Michigan, with its principal place of business at Brighton, Michigan and is licensed to do business in the State of Iowa.

3. On or about August 15, 2019, the Defendant, Taco Bell, was the owner of a certain Taco Bell restaurant located in Pella, Marion County, Iowa, residentially described as 1620 Washington Street, Pella, Marion County, Iowa and particularly described as follows:

    City of Pella Pell, Parcel B of Lot 4 Walmart Subdivision.

4. At all times material hereto, the Defendant used said property for commercial purposes and operated a Taco Bell Restaurant on said property.

5. At said time and place, Defendant owned and operated a soda dispensing machine located inside the restaurant for the use of business invitees such as Alexander E. Nagornyuk.

6. At all times material hereto, the Defendant maintained control over this soda dispensing machine and was solely responsible for its care and maintenance. On August 15,

2019, the Plaintiff Alexander E. Nagornyuk entered the Taco Bell restaurant for the purpose of having a meal. He walked over to the soda machine in question to dispense a drink. While standing in front of the soda dispensing machine a piece came loose and fell striking Plaintiff's head causing him injuries as more particularly set forth below.

7. At said time and place, it was the duty of the Defendant to exercise reasonable care to maintain the soda dispensing machine, over which the Defendant retained control, in a reasonably safe condition for the benefit of the invitees of the restaurant and those persons, including the Plaintiff Alexander E. Nagornyuk, in getting a soda from the dispensing machine.

8. The Defendant Taco Bell was negligent in the care and maintenance of the soda dispensing machine in question.

9. Negligence of the Defendant, Taco Bell, was a proximate cause of the Plaintiff Alexander E. Nagornyuk's injuries.

10. As a result of said injuries, the Plaintiff Alexander E. Nagornyuk has suffered in the past and will continue to suffer in the future damages that include but are not limited to the following:

    (a) past and future medical and hospital expenses;

    (b) past and future pain and suffering;

    (c) past loss of wages and future loss of earning capacity;

    (d) past and future permanent injury and disability.

WHEREFORE, the Plaintiff, Alexander E. Nagornyuk, prays for judgment against the Defendant, Sundance, Inc. d/b/a Taco Bell in an amount in excess of the jurisdictional limit of small claims court, together with interest thereon as provided by law, plus the costs of this action.

## COUNT II

For her cause of action against the Defendant, Sundance Inc. d/b/a Taco Bell, the Plaintiff Aerica A. Nagornyuk states:

1. The Plaintiff Aerica A. Nagornyuk repleads Paragraphs 1 through 9 of Count I of the Petition as though fully and completely set forth in this Count II word for word.

2. At and since the time of the accident described in Count I, the Plaintiff Aercia A. Nagornyuk was married to the Plaintiff Alexander E. Nagornyuk.

3. The accident and injuries caused by the negligence of the Defendant has disabled Plaintiff Alexander E. Nagornyuk, so that the Plaintiff Aerica A. Nagornyuk has been deprived of his aid, services, support, affection, society, and companionship, all to her damage.

WHEREFORE, the Plaintiff Aerica A. Nagornyuk prays for judgment against the Defendant, Sundance, Inc. d/b/a Taco Bell in an amount in excess of the jurisdictional limit of small claims court, together with interest thereon as provided by law, plus the costs of this action.

Gregory A. Skinner
514 SW Irvinedale Dr.
Ankeny, Iowa 50023
Tel. 515- 964-3121
Fax. 515-964-3129
skinnerlaw@qwestoffice.net
ATTORNEY FOR PLAINTIFF

Original filed.

**Exhibit B**