IN THE IOWA DISTRICT COURT FOR MARION COUNTY

| | |
|---|---|
| ALEXANDER E. NAGORNYUK and AERICA A. NAGORNYUK, <br><br>    Plaintiffs, <br><br> v. <br><br> SUNDANCE, INC., d/b/a TACO BELL, <br><br>    Defendant. | Law No. LACV097646 <br><br> **ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S PETITION AT LAW** <br><br> **<u>JURY DEMAND</u>** |

COMES NOW the Defendant, Sundance, Inc. ("Sundance") and for its Answer and Affirmative Defenses to Plaintiff's Petition at Law states as follows:

**COUNT I**

1. Defendant denies the allegations of Count I, Paragraph 1 for lack of sufficient information.

2. Defendant admits the allegations of Count I, Paragraph 2.

3. Defendant admits the allegations of Count I, Paragraph 3.

4. Defendant admits the allegations of Count I, Paragraph 4.

5. Defendant admits the allegations of Count I, Paragraph 5.

6. Defendant admits that it operated and maintained control over the soda dispensing machine, and had responsibilities for its care and maintenance. The remaining allegations of Paragraph 6 relating to the soda dispensing machine are denied. Defendant denies the allegations relating to Plaintiff for lack of information.

7. Paragraph 7 asserts a legal conclusion for which no response is required.

8. Defendant denies the allegations of Count I, Paragraph 8.

9. Defendant denies the allegations of Count I, Paragraph 9.

10. Defendant denies the allegations of Count I, Paragraph 10.

WHEREFORE Defendant respectfully requests that Plaintiffs' Count I be dismissed at Plaintiffs' cost.

## COUNT II

1. Defendant reasserts and incorporates its answer to all paragraphs of Plaintiff's Petition at Law as if fully stated herein.

2. Defendant denies the allegations of Count II, Paragraph 2 for lack of sufficient information.

3. Defendant denies the allegations of Count II, Paragraph 3

WHEREFORE Defendant respectfully requests the Plaintiffs' Count II be dismissed at Plaintiffs' cost.

## JURY DEMAND

COMES NOW the above-mentioned Defendant and hereby requests a trial by jury of all the facts and issues triable to a jury.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Petition at Law fails to state a claim upon which relief can be granted.

2. The provisions of Iowa's Comparative Fault Act, Chapter 668 of the Iowa Code must be applied to Plaintiffs' tort claim, which may include the fault of the Plaintiffs and/or other third-parties.

3. Plaintiffs have failed to adequately and properly mitigate their damages.

4. Plaintiff's alleged injuries and damages, if any, resulted from independent, superseding and/or intervening causes of other individuals, entities, or parties, and such intervening or superseding acts or omissions were the sole and proximate cause of any damages, unrelated to any conduct of Defendant.

5. Any alleged actions or failures to act by Defendant were not the proximate cause of Plaintiffs' damages.

6. Plaintiffs' conduct is the sole proximate cause of any injury that Plaintiffs may have experienced.

7. Plaintiff's Petition at Law is barred by the doctrines of waiver, estoppel, and laches.

8. Pending conclusion of further discovery or investigation, Defendant respectfully reserves the right to plead other and additional defenses that may be necessary and proper for the full defense of this litigation.

WHEREFORE Defendant respectfully requests that the Court enter judgment in Defendant's favor and against Plaintiffs on all of Plaintiffs' claims and dismiss Plaintiffs' claims with prejudice at Plaintiffs' cost.

/s/ David T. Bower, AT0009246
Logan J. Eliasen, AT0013755
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1600
Des Moines, Iowa 50309
Telephone:	(515) 283-3112
Facsimile:	(515) 283-8045
E-mail:	dbower@nyemaster.com
	leliasen@nyemaster.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed on November 22, 2021 with the Clerk of Court using the EDMS system, which will send notification of such filing to the counsel of record.

Gregory Alan Skinner
408 SW Third Street
Ankeny, IA 50021

**ATTORNEYS FOR PLAINTIFFS**

                                              */s/* David T. Bower